**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dale Anthony M. Flowers            CHAPTER
       Erica Flowers a/k/a Erica Christ
           Debtor(s)            BKY. NO. 23-20098

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

           Respectfully submitted,

           /s/ **Brian C. Nicholas**
           Brian Nicholas
           20 Jan 2023, 15:29:05, EST

           Brian C. Nicholas, Esq. (317240) ☑
           Denise Carlon, Esq. (317226) ☐
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA 19106
           412-430-3594
           bkgroup@kmllawgroup.com