Certificate Number: 16339-PAW-DE-037135334

Bankruptcy Case Number: 23-20098



16339-PAW-DE-037135334

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2023, at 1:25 o'clock AM EST, Erica Flowers completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: January 26, 2023

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor